OHIO HOLDING COMPANY, APPELLANT, *v.* CITY OF GROVE CITY, APPELLEE.

[Cite as Ohio Holding Co. *v.* Grove City (1991), 58 Ohio St. 3d 605.]

(No. 90-347—Submitted January 22, 1991—Decided February 27, 1991.)

*Lucas, Prendergast, Albright, Gibson & Newman* and *Rankin M. Gibson,* for appellant.

*Bricker & Eckler, James A. Readey* and *Anne Marie Sferra,* for appellee.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

IN RE 1984 SAAB AUTOMOBILE.

[Cite as In re 1984 Saab Auto. (1991), 58 Ohio St. 3d 605.]

(No. 90-587—Submitted February 6, 1991—Decided March 18, 1991.)

*Arthur M. Ney, Jr.,* prosecuting attorney, and *William E. Breyer,* for appellant.

*Richard A. Castellini,* city solicitor, and *Kim Wilson Burke,* for appellee.

*Darrell L. Heckman,* urging reversal for *amicus curiae,* Ohio Prosecuting Attorneys' Association.

*Donald W. White,* prosecuting attorney, and *David H. Hoffmann,* urging reversal for *amicus curiae,* Clermont County Prosecutor's office.

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

The court orders that the court of appeals' opinion not be published in the Ohio Official Reports and that it may be cited only in Hamilton County as persuasive precedent of the First Appellate District.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.